IN THE UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF IOWA

IN RE:

KEVIN G. BARTON                     Chapter 7
                                    CASE NO. 08-00867-lmj7
                                    Docketed:  September 14, 2009
        Debtors

## REPORT OF TRUSTEE UNDER BANKRUPTCY RULE 3011
## FOR UNCLAIMED FUNDS

COMES NOW the trustee, Thomas L. Flynn, and for this report of trustee under Bankruptcy Rule 3011 for unclaimed funds, states as follows:

1. No funds or assets of the estate will remain after payment of unclaimed dividends to the Court Registry Fund as follows:

| Claim No. | Creditor Name and Address | Claim Amount | Percentage Paid | Amount of Dividend |
|---|---|---|---|---|
| 1U | IRS<br>PO Box 21126<br>Philadelphia, PA 19114 | $23.73 | 2.39102% | $0.53 |
| 4 | Von Maur, Inc.<br>6565 Brady Street<br>Davenport, IA 52806 | $165.22 | 2.39102% | $3.70 |

WHEREFORE, the trustee, Thomas L. Flynn, files his Report Under Bankruptcy Rule 3011 for Unclaimed Funds.

            */s/      Thomas L. Flynn       .*
            THOMAS L. FLYNN, Trustee
            IS #9999918
            666 Walnut Street, Suite 2000
            Des Moines, Iowa 50309
            Telephone:  1-515-283-4605